```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 00279
   JANICE D HILL
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5470

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/08/2007 and was confirmed 04/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was converted to chapter 7 after confirmation 07/24/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
NEW CENTURY MORTGAGE COR  CURRENT MORTG        .00             .00           .00
NEW CENTURY MORTGAGE COR  MORTGAGE ARRE        .00             .00           .00
AMERICREDIT FINANCIAL SE  SECURED VEHIC   17485.06          397.61       2070.66
DRIVE FINANCIAL SERVICES  SECURED VEHIC   14207.37          500.99       2012.95
CHICAGO MUNICIPAL EMPLOY  SECURED          1183.73           15.95        150.64
500 FAST CASH             UNSECURED       NOT FILED            .00           .00
TCF FINANCIAL SERVICES    UNSECURED       NOT FILED            .00           .00
CHECK N GO                UNSECURED       NOT FILED            .00           .00
TCF FINANCIAL SERVICES    UNSECURED       NOT FILED            .00           .00
AMERICASH LOANS LLC       UNSECURED         624.14             .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         374.43             .00           .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED            .00           .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED            .00           .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED            .00           .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED            .00           .00
BOOK OF THE MONTH CLUB    UNSECURED       NOT FILED            .00           .00
CHASE                     UNSECURED       NOT FILED            .00           .00
CHECK N GO OF ILLINOIS    UNSECURED       NOT FILED            .00           .00
CHICAGO MUNICIPAL EMPLOY  UNSECURED       NOT FILED            .00           .00
COMCAST                   UNSECURED         208.98             .00           .00
CONSUMER PORTFOLIO SERV   UNSECURED       NOT FILED            .00           .00
WOW INTERNET & CABLE SER  UNSECURED       NOT FILED            .00           .00
COMCAST                   UNSECURED       NOT FILED            .00           .00
DIRECT TV                 UNSECURED       NOT FILED            .00           .00
WASHINGTON MUTUAL         UNSECURED       NOT FILED            .00           .00
COMCAST CABLE             UNSECURED       NOT FILED            .00           .00
FINGERHUT                 UNSECURED       NOT FILED            .00           .00
HOUSEHOLD CREDIT SERVICE  UNSECURED       NOT FILED            .00           .00
MIDLAND ORTHOPEDIC        UNSECURED       NOT FILED            .00           .00
ILLINOIS LENDING CORP     UNSECURED        1976.89             .00           .00
HOLY CROSS HOSPITAL       UNSECURED       NOT FILED            .00           .00
QUICK PAYDAY              UNSECURED       NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00279 JANICE D HILL
```

```
SPRINT PCS                 UNSECURED      NOT FILED           .00           .00
FINGERHUT                  UNSECURED      NOT FILED           .00           .00
PEOPLES GAS/PEOPLES ENER   UNSECURED      NOT FILED           .00           .00
UNITED CASH LOANS          UNSECURED      NOT FILED           .00           .00
UNIVERSITY OF PHOENIX      UNSECURED      NOT FILED           .00           .00
VERIZON WIRELESS           UNSECURED      NOT FILED           .00           .00
WASHINGTON MUTUAL          UNSECURED      NOT FILED           .00           .00
DRIVE FINANCIAL SERVICES   UNSECURED       14207.37           .00           .00
MIDWEST VERIZON WIRELESS   UNSECURED        1214.95           .00           .00
ER SOLUTIONS INC           UNSECURED         493.20           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         150.00           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         245.00           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       17.60                        17.60
TOM VAUGHN                 TRUSTEE                                       333.60
DEBTOR REFUND              REFUND                                      1,650.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              7,150.00

PRIORITY                                          .00
SECURED                                      4,234.25
    INTEREST                                   914.55
UNSECURED                                         .00
ADMINISTRATIVE                                  17.60
TRUSTEE COMPENSATION                           333.60
DEBTOR REFUND                                1,650.00
                     ---------------      ---------------
TOTALS               7,150.00                7,150.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 10/16/07               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE